Submitted May 25, affirmed June 13, reconsideration denied July 13, petition for review dismissed on petitioner's own motion September 29, 1977

In the Matter of the Marriage of
HARDWICK, *Appellant,*
*and*
HARDWICK, *Respondent.*
(No. 74-2364-E-2, CA 7391)

565 P2d 405

Cecelia L. Hardwick, Medford, filed the briefs for appellant.

H. Dewey Wilson and Brophy, Wilson & Duhaime filed the brief for respondent.

Before Tanzer, Presiding Judge, and Richardson and Johnson, Judges.

PER CURIAM.

## PER CURIAM.

The wife appeals the dissolution of marriage decree, contending as a matter of law that it was error for the trial court to consider property owned by the wife in making a division of property. ORS 107.105(1)(e) provides:

> "For the division or other disposition between the parties of the real or personal property, or both, of either or both of the parties as may be just and proper in all the circumstances."

The statute does not violate Art XV, § 5, Oregon Constitution,[1] which permits a married woman to own property free and clear of the husband's liabilities.

Affirmed. Costs to respondent.

---

[1] Art XV, § 5, Oregon Constitution, provides:

"The property and pecuniary rights of every married woman, at the time of marriage or afterwards, acquired by gift, devise, or inheritance shall not be subject to the debts, or contracts of the husband; and laws shall be passed providing for the registration of the wife's separate property."